UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20017-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

      Plaintiff,

vs.

OSCAR VENTA,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Jacqueline Becerra on July 7, 2022 [DE: 62] at the request of the Defendant, the Defendant's Attorney, and the Assistant United States Attorney assigned to this case. A Report and Recommendation was filed on July 8, 2022, [DE: 65], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 65] of United States Magistrate Judge Jacqueline Becerra, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Superseding Indictment, which charges him with mail theft, in violation of Title 18, United States Code, Section 1708. The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter on **Thursday, September 12, 2022 at 11:30 a.m.** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, United States Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of July, 2022.

JOSE. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Jacqueline Becerra
All Counsel of Record
U.S. Probation Office